5 F.3d 1492
 Weber (Richard J., Rose Marie)
v.
GAF Corporation, Raymark Industries, Inc., Celotex Corp.,
Successor in Interest to Philip Carey Mfg. Co., Philip Carey
Corp., Briggs Mfg. Co., Panacon Corp., Keene Building
Products Corp., Eagle Picher Industries, Inc., Forty Eight
Insulations, Inc., Owens-Corning Fiberglas Corp. v.
Pittsburgh-Corning Corp., Rock Wool Manufacturing Co.,
Manville Corproation Asbestos Disease Compensation Fund
 NO. 90-3563
 United States Court of Appeals,
Third Circuit.
 July 23, 1993
 
 Appeal From: W.D.Pa.,
 Bloch, J.
 
 
 1
 AFFIRMED.